UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JANIS WILSON o/b/o
Christopher Todd Wilson                                                                           PLAINTIFF

v.                                                                        CIVIL ACTION NO. 3:12cv707-DPJ-FKB

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY                                                                              DEFENDANT

ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court. Magistrate Judge F. Keith Ball considered Plaintiff's motion for summary judgment [16] and Defendant's motion to affirm [17]. Judge Ball concluded that Plaintiff's motion should be granted, the Commissioner's motion should be denied, and the matter should be remanded to the Commissioner for further proceedings.

In his January 22, 2014 Report and Recommendation, Judge Ball advised the parties that they had fourteen days within which to file objections to his proposed findings, conclusions, and recommendation. The time to file objections has now passed, neither party has filed an objection, and neither party has asked for additional time in which to file an objection. The Court, having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court. Plaintiff's motion for summary judgment is granted, and Defendant's motion to affirm is denied.

IT IS FURTHER ORDERED THAT this matter is remanded to the Commissioner for further proceedings consistent with the report and recommendation.

**SO ORDERED AND ADJUDGED** this the 7th day of February, 2014.

                                                s/ *Daniel P. Jordan III*
                                                UNITED STATES DISTRICT JUDGE